# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---

In re:  
CORNELIOUS WILLIAMS

Debtor.

Case No. 19-02841  
Chapter 13  
Judge Pamela S. Hollis

Confirmation hearing:  
05/03/2019 11:30 a.m.

---

## NOTICE OF FILING

To:    See attached Service List.

**PLEASE TAKE NOTICE** that on this 26th day of April 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, TALL PINES AT GRANDE PARK ATTACHED HOME OWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 4, 2019, a copy of which is attached hereto and served upon you herewith.

/s/ Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 26th day of April, 2019.

/s/ Benjamin J. Rooney

SUBSCRIBED and SWORN to before me this 26th day of April, 2019.

_____  
Notary Public

OFFICIAL SEAL  
LISA A CARBY  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:07/19/22

#6308111  
Benjamin J. Rooney  
**KEAY & COSTELLO, P.C.**  
128 South County Farm Road  
Wheaton, Illinois 60187  
ben@keaycostello.com  
(630) 690-6446

## Service List

Cornelious E. Williams
12913 White Pine Way
Plainfield, Illinois 60585

John C Renzi
June Prodehl & Renzi LLC
1861 Black Road
Joliet, Illinois 60435
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)